NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DERRIUS LAMAR COX,                    )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-4718
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed November 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Derrius Lamar Cox, pro se.


PER CURIAM.

        Affirmed.  See Davis v. State, 223 So. 3d 1106, 1108-09 (Fla. 5th DCA

2017) (holding that when a defendant has reached the age of majority at the time he or

she violates community control, the defendant is not entitled to be sentenced after the

violation under the juvenile sentencing statutes).


CASANUEVA, KELLY, and SALARIO, JJ., Concur.